IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| SUSAN KNAPP,<br><br>                    Plaintiff<br><br>vs.<br><br>AMERICA WEST AIRLINES, INC.,<br><br>                    Defendant. | ORDER & MEMORANDUM DECISION<br><br>Case No. 2:01CV793 TC |

On November 18, 2005, the court granted summary judgment in favor of Defendant America West Airlines, Inc., who then submitted a bill of costs on December 8, 2005. Susan Knapp filed a notice of appeal on December 15, 2005. Ms. Knapp has now filed objections to the bill of costs and moved to stay execution of America West's judgment pending appeal.

Ms. Knapp's motion to stay execution of the judgment is governed by Federal Rule of Civil Procedure 62(d) which reads:

> When an appeal is taken the appellant by giving a supersedeas bond may obtain a stay . . . . The bond may be given at or after the time of filing the notice of appeal or of procuring the order allowing the appeal, as the case may be. The stay is effective when the supersedeas bond is approved by the court.

Fed. R. Civ. P. 62(d). Accordingly, upon the execution of a supersedeas bond in the amount of $5,000.00 Ms. Knapp's motion is GRANTED.

SO ORDERED this 27th day of December, 2005.

BY THE COURT:

*Tena Campbell*

TENA CAMPBELL
United States District Judge